IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PLANET GROUP, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLI GEIKEN,<br><br>Defendant. | 8:17CV169<br><br>ORDER |

This matter comes before the Court on Plaintiff Planet Group, Inc. and Defendant Kimberli Geiken's Fourth Stipulation for Extension of Time for Planet Group, Inc. to respond to Defendant's Motion to Dismiss ([Filing No. 17](#)). The Court has reviewed the Stipulation and finds good cause to extend Plaintiff's deadline to respond to the Motion to Dismiss ([Filing No. 5](#)) to twenty-one (21) days after Chief Judge Smith Camp issues an Order on the Findings and Recommendations ([Filing No. 16](#)) on the Motion to Withdraw the Reference submitted by Judge Saladino at Filing No. 46 in the adversary proceeding captioned *Planet Merchant Processing, Inc. v. Kim Geiken and EVO Merchant Services, LLC*, Case No. 17-AP-8002, United States Bankruptcy Court for the District of Nebraska. Accordingly,

**IT IS ORDERED:**

1. Plaintiff Planet Group, Inc. and Defendant Kimberli Geiken's Fourth Stipulation for Extension of Time to Respond to the Motion to Dismiss ([Filing No. 17](#)) is adopted;

2. Plaintiff's deadline to respond to the Motion to Dismiss ([Filing No. 5](#)) is extended to twenty-one (21) days after Chief Judge Smith Camp issues an Order on the Findings and Recommendations ([Filing No. 16](#)) on the Motion to Withdraw the Reference submitted by Judge Saladino.

Dated this 14th day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge