IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PLANET GROUP, INC., a Nebraska corporation; and PLANET MERCHANT PROCESSING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> KIMBERLI GEIKEN, and EVO MERCHANT SERVICES, INC., <br><br> Defendants. | 8:17CV169 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal Without Prejudice, ECF No. 26. This action was previously consolidated with *Planet Merchant Processing, Inc. v. Kim Geiken and EVO Merchant Services, LLC*, Case No. 17-AP-8002, originally pending in the United States Bankruptcy Court for the District of Nebraska. *See* ECF No. 22. The Stipulation for Dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, without prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal Without Prejudice, ECF No. 26, is approved;

2. The above-captioned action is dismissed, without prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 20th day of December, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge